UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SCOTT LAMBERT

VERSUS

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

CIVIL ACTION

24-435-SDD-EWD

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Erin Wilder-Doomes dated February 21, 2025, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the *Motion to Remand*[3] filed by Plaintiff Scott Lambert, is **DENIED**, and that this matter is referred for entry of a scheduling order.

Signed in Baton Rouge, Louisiana, on this __31st__ day of March, 2025.

*Shelly D. Dick*
_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 7.
[2] Rec. Doc. 11.
[3] Rec. Doc. 7.